**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| C4CAST.COM, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-CV-271 |
| | § | |
| DELL, INC. | § | |
| C4CAST.COM, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-CV-272 |
| | § | |
| BLOCKBUSTER, L.L.C., ET AL. | § | |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims asserted by Plaintiff c4cast.com, Inc. against Defendants Blockbuster L.L.C. and DISH Network Corporation, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff c4cast.com, Inc. against Defendants Blockbuster L.L.C. and DISH Network Corporation, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 29th day of August, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE